**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSA RAMIREZ-VELASQUEZ, | No. 07-71083 |
| Petitioner, | |
| v. | Agency No. A070-063-251 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Rosa Ramirez-Velasquez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's decision denying her motion to reopen and rescind a

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

prior deportation order and terminate removal proceedings.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen, *Cardoso-Tlaseca v. Gonzales*, 460 F.3d 1102, 1106 (9th Cir. 2006), and we review de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008).  We deny in part and dismiss in part the petition for review.

Because Ramirez-Velasquez failed to demonstrate a gross miscarriage of justice, she may not at this point collaterally attack her 1991 deportation order.  *See Hernandez-Almanza v. INS*, 547 F.2d 100, 102-03 (9th Cir. 1976).  The agency therefore did not abuse its discretion in denying Ramirez-Velasquez's motion to reopen.  *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002) (the BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational or contrary to law").

Contrary to Ramirez-Velasquez's contention, the BIA did not impermissibly ignore her arguments regarding her motion to reopen.

To the extent that Ramirez-Velasquez challenges the agency's decision not to exercise its sua sponte authority to reopen, we lack jurisdiction.  *See Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir. 2002).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**